UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEVERO SAENZ,

v.  Case No. 8:99-cr-242-T-17EAJ
    8:04-cv-2395-T-17EAJ

UNITED STATES OF AMERICA.

O R D E R

The Court denied Defendant Severo Saenz's 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence.  Saenz has filed a Notice of Appeal, a Request for a Certificate of Appealability, and a Motion To Proceed on Appeal In Forma Pauperis.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test.

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

      1. That Petitioner's Request for a Certificate of Appealability (Doc. No. 15) is denied.

      2. That Petitioner's Motion To Proceed on Appeal In Forma Pauperis (Doc. No. 16) is denied.

      ORDERED in Tampa, Florida, on November 16, 2005.

*[signature]*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

```
AUSA: James A. Muench

Pro se: Severo Saenz
```